UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DIEGO BESSI, | 2:11-CV-01526-PMP-VCF |
| Plaintiff, | ORDER |
| v. | |
| SELECT PORTFOLIO SERVICING, et al., | |
| Defendants. | |

On November 22, 2011, Defendants National Default Servicing Corporation and Select Portfolio Servicing filed a Motion for Summary Judgment (Doc. #10). On November 23, 2011, the Court entered an Order (Doc. #12) advising Plaintiff of his responsibility to file a timely response to Defendants' Motion. To date, Plaintiff has failed to file a response, and the deadline for doing so has expired. Therefore, Plaintiff consents to the granting of Defendants' Motion. Additionally, a review of Defendants' Motion shows that Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Summary Judgment (Doc. #10) is **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff.

DATED: December 21, 2011.

_____
PHILIP M. PRO
United States District Judge